## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CHRISSI GREEN, | § | |
| | § | |
| | § | CIVIL ACTION NO.  6:18-CV-00218-RWS |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SYNCHRONY BANK, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 29, 2018, the Magistrate Judge issued his Report and Recommendation ("Report") (Docket No. 6), recommending that this action be remanded to state court. No objections to the Report have been presented for consideration within the prescribed time period for such objections.

The Magistrate Judge's June 29 Order was mailed to Plaintiff's last known address, but it was returned as undeliverable. Docket No. 7.  Plaintiff is a *pro se* litigant, and under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the Court with a physical address and are "responsible for keeping the clerk advised in writing of the current physical address."  Local Rule CV-11(d).  To date, Plaintiff has not updated her address with the Court or otherwise responded to the Report.

Having considered the Report and record, the Court agrees that this case should be remanded for lack of federal jurisdiction.  Accordingly, the Court adopts the Report of the

United States Magistrate Judge as the findings of this Court.  It is hereby **ORDERED** that the

Clerk of Court **REMAND** this action to the Justice Court of Smith County, Texas, Precinct 2.

      **SIGNED this 4th day of September, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE